IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 253

| | |
|---|---|
| GREGORY HUGH LENG, ) </br> ) </br> **Plaintiff,** ) </br> ) </br> v. ) </br> ) </br> NANCY A. BERRYHILL, ) </br> *Acting Commissioner of the Social Security* ) </br> *Administration*, ) </br> ) </br> **Defendant.** ) </br> _____ ) | **AMENDED ORDER** |

This matter is before the Court *sua sponte*.

The Court's Order (Doc. 10) granting Plaintiff's Motion for Extension of Time to File Plaintiff's Brief (Doc. 9) incorrectly stated that the extended deadline for the filing of Plaintiff's motion for summary judgment and supporting memorandum would be February 22, 2019.

That Order is hereby **AMENDED** to clarify that the deadline for the filing of Plaintiff's motion for summary judgment and supporting memorandum is **February 5, 2019**. The other provisions in the Court's previous Order (Doc. 10) remain unchanged.

Signed: January 10, 2019

W. Carleton Metcalf
United States Magistrate Judge