# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Gregory Hugh Leng, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00253-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on February 7, 2019.

February 7, 2019

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court